AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*June 04, 2025*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Enarbol Alejo Curiel<br>a.k.a. Jaime Michael Gutierrez<br><br>*Defendant(s)* | Case No.<br>**4:25-mj-327** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2, 2025__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §1542 | False Statement in Application and Use of Passport |
| 18 USC § 911 | False Claim to U.S. Citizenship |

This criminal complaint is based on these facts:

Please see attached affidavit, which is made part of this application.

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel Nevins, Special Agent
*Printed name and title*

Sworn to before me telephonically.

Date: June 4, 2025

*Judge's signature*

City and state: Houston, Texas

Honorable Peter Bray, U.S. Magistrate Judge
*Printed name and title*

SBU - LAW ENFORCEMENT

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your Affiant, Daniel Nevins, being duly sworn, depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the U.S. Department of State Diplomatic Security Service (DSS) assigned to the Houston Field Office (HFO) since March 24, 2024. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the U.S. Department of State Basic Special Agent Course. I have received and continue to receive, on an ongoing basis, training in the laws, rules, and regulations concerning the issuance and use of U.S. Passports and Visas. I have participated in several investigations, to include those involving passport and visa fraud, counterfeit documents, and identity theft in the course of my duties.

2. Prior to becoming a Special Agent, I served as an Intelligence Officer within the Department of Defense from 2017 to 2023. Additionally, I served in a variety of intelligence positions within the U.S. Army Reserve and U.S. Army National Guard's 19th Special Forces Group. I earned my master's degree in international security from the University of Denver's Korbel School in 2017 and earned my bachelor's degree in political science from Fordham University in 2013.

3. This Affidavit is submitted in support of a criminal complaint charging Enarbol ALEJO-CURIEL (hereinafter referred to as **SUBJECT**) with committing a violation of Title 18 U.S.C. § 1542, Misuse of a Passport; and Title 18 U.S.C. § 911, False Claim of United States Citizenship.

4. The information in this Affidavit is based on my investigation, training, knowledge, and experience, and through information that has been related to me through data, reports, and other agents, sworn law enforcement officers, or reliable witnesses. Because this Affidavit is being

submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation, I have set forth only those facts that I believe are necessary to establish probable cause that evidence of a violation of Title 18 U.S.C. § 1542, and Title 18 U.S.C. § 911 has been committed by **SUBJECT** on or about June 2, 2025. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

### 18 U.S.C. § 1542 & 18 U.S.C. § 911

5. This Affidavit concerns fraud in connection with the application for and issuance of a United States passport and false claims to United States citizenship. Section 1542 of Title 18 provides in relevant part that: "Whoever willfully and knowingly uses or attempts to use, or furnishes to another for use any passport the issue of which was secured in any way by reason of any false statement..." is guilty of such offense. Section 911 of Title 18 provides in relevant part that: "Whoever falsely and willfully represents himself to be a citizen of the United States..." is guilty of such offense.

### PROBABLE CAUSE

6. On January 19, 2023, **SUBJECT**, while purporting to be Jaime Michael Gutirrez executed a DS-11, "Application for a U.S. Passport", application #535035838, at the City of Mill Creek Passport Office in Mill Creek, Washington. On the application, **SUBJECT** stated he was born August 19, 1958, in Los Angeles, California. For proof of identity, **SUBJECT** presented Washington Driver License #GUTIEJM427NR with the name Jamie Michael Gutierrez, date of birth August 19, 1958, and bearing a photo of the **SUBJECT**. For proof of U.S. citizenship **SUBJECT** provided a California birth certificate in the name of Jamie Michael Gutierrez, issued on April 02, 2001. The **SUBJECT** represented himself as a U.S. citizen, swore under oath to the acceptance clerk that the information on the passport application was true and the photograph

attached to the passport application was a true likeness of him, and then signed the application in the presence of the acceptance clerk. **SUBJECT** was issued U.S. passport book #A15868092 on April 20, 2023, that expires on April 19, 2033.

7. On June 2, 2025, **SUBJECT** arrived at the International Airport Houston (IAH) Port of Entry (POE) onboard United Airlines (UA) flight # 206 from Bogota, Colombia and presented a U.S. passport book #A15868092 bearing his photo with the name Jaime Michael Gutierrez.

8. The **SUBJECT** had recently applied for the Global Entry program. "Global Entry is a U.S. Customs and Border Protection (CBP) Trusted Traveler Program that allows expedited clearance for pre-approved, low-risk travelers upon arrival in the United States. The application fee is $120, and membership lasts for five years. All applicants must undergo a background check." The **SUBJECT's** application had been conditionally approved but needed to be interviewed and fingerprinted for the application to be processed. IAH has a "Global Entry Enrollment upon Arrival" processing area where applicants can finish their application interview and have their fingerprints processed.

9. Upon arrival at IAH, the **SUBJECT** proceeded to IAH's "Global Entry Enrollment upon Arrival" processing area to complete his application. During the Global Entry Enrollment upon Arrival processing, U.S. Customs and Border Protection (CBP) Officer Blaine Givens identified inconsistencies in the **SUBJECT's** statements. CBP Officer Givens also ran the fingerprints of the **SUBJECT** and noted fingerprint results for prior apprehensions under a different name. Due to this, CBP Officer Givens referred **SUBJECT** to Passport Control Secondary (PCS) as a possible false claim to United States citizenship where his biometrics were collected again.

10. In PCS, the Immigration Automated Fingerprint Identification Systems (IAFIS) checks and preliminary system queries returned positive results for **SUBJECT** as true identity being Enarbol

ALEJO-CURIEL, born January 1, 1968, in Mexico, A# 077226343. Review of the photographs attached to the previous removal orders appeared to be the **SUBJECT**.

11. CBP Officer De Leon read **SUBJECT** his Miranda Rights via I-214 in Spanish with CBP Officer J.C. Flores as a witness. **SUBJECT** acknowledged that he understood his rights and was willing to answer questions without the presence of an attorney. **SUBJECT** was asked where he was born and he responded Compton, California. **SUBJECT** had hesitated on his date of birth and claims that he knows it better in English. When asked what his current age is, **SUBJECT** struggled to figure out his age and eventually stated he is 65 years old when in fact he would have been 66 given the Gutierrez identity's birthdate was August 19, 1958. **SUBJECT** stated that he lives in Seattle. **SUBJECT** said he was born in California and went to Mexico at the age of 5 after his parents separated. **SUBJECT** was shown a photo of one his apprehensions from 1998 and immediately acknowledged it was him. When asked why the name was different, **SUBJECT** stated that he is Jaime. **SUBJECT** was shown all the photographs from his previous apprehensions and questioned about the discrepancy in his name. **SUBJECT** requested an attorney, and the interview was subsequently terminated.

12. Affiant was advised by CBP that **SUBJECT** was apprehended on/about July 22, 1998, at the San Ysidro POE after attempting to use another individual's Permanent Resident Card (I-551). In a sworn statement dated on July 23, 1998, **SUBJECT** stated that his name is Enarbol ALEJO CURIEL, and he was born January 19, 1968, in Hacienda De Ahuatepec, Jalisco, Mexico. **SUBJECT** was apprehended on July 25, 1998, by the United States Border Patrol under the name of Enarbol Alejo Curiel and date of birth January 19, 1968. **SUBJECT** was apprehended again at the San Ysidro POE on July 27, 1998, after attempting to use another individual's issued border crossing card. In a sworn statement dated on July 28, 1998, **SUBJECT** again stated that his name

is Enarbol ALEJO CURIEL and he was born January 19, 1968, in Hacienda De Ahuatepec, Jalisco, Mexico.

13.  Photo Comparison

|   |  |  |
|---|---|---|
| 1998 encounters with CBP in True Enarbol ALEJO CURIEL Identity | 2008 Washington DL in Assumed Jaime Michael Gutierrez Identity | 2023 Passport Application Photo in Assumed Jaime Michael Gutierrez Identity |

## CONCLUSION

14.  Based on the foregoing facts and circumstances, I respectfully submit there is probable cause to believe that on June 2, 2025, within the Southern District of Texas – Houston Division,

Enarbol ALEJO-CURIEL, aka Jaime Michael Gutierrez, committed the violation of the Title 18 U.S.C. § 1542, False Statement in Application and Use of Passport; and Title 18 U.S.C. § 911, False Claim of United States Citizenship

Respectfully submitted,

Daniel Nevins, Special Agent
United States Department of State
Diplomatic Security Service

Subscribed and sworn to me telephonically this 4th day of June 2025 at 9:18 am in Houston, Texas and I find probable cause.

Honorable Peter Bray
United States Magistrate Judge